Brown
v.
Osborne.

---

BROWN and IVES *against* OSBORNE.

On motion for judgment as in case of nonsuit, on the usual affidavit, it was objected, that the *jurat* of the affidavit was subscribed, " G. M. G. commissioner under act 24th March, 1818." This commissioner resided in the city of New York. A certificate of the Secretary of State was produced, that the Governor and Senate had appointed commissioners for that city ; and the question was, whether this vacated the office of commissioner under the act of 24th March, 1818 in cities. (Vid. sess. 41, ch. 55, and sess. 46, ch. 197, s. 1, 4.)

The office of commissioners to take affidavits, &c., under the act of 1818, in the cities, became vacant by the appointment of new commissioners for the cities, under the act of 1823.

ALBANY,
Feb. 1824.

Ex parte
Basset.

*Curia.* We think the office became vacant by the ap pointments under the act of 1823. The second *proviso* in the 4th section of this act, *that nothing in that section shall apply to commissioners in the cities,* relates merely to the mode of appointment, and excludes them from the operation of the second *proviso.* When new commissioners were appointed for the city, under the first section of that act, the old commissioners went out of office, by the ninth article of the constitution.

                                        Motion granted.